PD-0035-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/6/2015 4:57:32 PM
Accepted 1/15/2015 3:37:50 PM
ABEL ACOSTA
CLERK

# PD-0035-15

**PDR NO.**

---

## IN THE COURT OF CRIMINAL APPEALS

---

**DANIEL DIAZ, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 15, 2015

ABEL ACOSTA, CLERK

---

**On Appeal from the 253RD Judicial District Court
Liberty County, Texas
Trial Court Cause No. CR29411
And
The Court of Appeals for the Ninth Judicial District of Texas
Beaumont, Texas
No. 09-13-00104-CR**

---

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, DANIEL DIAZ, Appellant and files this, his Motion to Extend Time to File Petition for Discretionary Review for thirty (30) days and for good cause would show the Court as follows:

**I.**

On February 28, 2013, the appellant was convicted of the offense of Official Oppression in the 253rd Judicial District Court of Liberty County, Texas

in Cause No. CR29411. This case was styled State of Texas v. Daniel Diaz. The appellant was assessed a punishment of one year in the Liberty County Jail facility. The notice of appeal was timely filed on March 1, 2013.

On October 22, 2014, the Court of Appeals for the Ninth Judicial District, Beaumont, Texas, affirmed the conviction in Cause No. 09-13-00104-CR. Appellant filed a Motion for Rehearing on November 21, 2014. This motion was overruled on December 10, 2014. The Petition for Discretionary Review is due on January 9, 2015.

## II.

Appellant requests an extension based upon the following facts:

Counsel was hired by the Appellant in late December of 2014 to submit a petition for discretionary review in this cause. Counsel is looking at this case for the first time, as other attorneys conducted the trial as well as the direct appeal in the Court of Appeals for the Ninth Judicial District. Counsel needs additional time to review the record on appeal, review the briefs filed in the Court of Appeals, and to flush out the issues involved in this case.

This motion is made pursuant to Tex. R. App. Proc. 68.2(c), additionally complying with Rule 10.5(b) (filed no later than 15 days after the last date for filing the motion).

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that the court grant this motion and extend the time for filing his Petition for Discretionary Review for thirty days from January 9, 2015 to February 9, 2015.

2

Respectfully submitted,

_____
WENDELL A. ODOM, JR.
Texas Bar No. 15208500
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 223-5575
(713) 224-2815 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was delivered to the Court of Appeals, a copy being sent to the Assistant District Attorney in this cause by electronic transmission.

_____
WENDELL A. ODOM, JR.

3

STATE OF TEXAS       §
                                   §

COUNTY OF HARRIS      §

On this day personally appeared **WENDELL A. ODOM, JR.,** who stated under oath as follows:

"My name is **WENDELL A. ODOM, JR.** I am the attorney of record for the Appellant in this cause. I have read the foregoing **Motion for an Extension of Time to File Petition for Discretionary Review**, and swear that the matters contained in such motion are true and correct."

 

                                          **WENDELL A. ODOM, JR.**

 

**SWORN TO AND SUBSCRIBED** before me on this the 16th day of January, 2015, to which witness my hand and seal of office.

MARY C MOORE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 3, 2016

                                       **NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| DANIEL DIAZ, | § | |
|         Appellant | § | |
| | § | PDR NO. |
| | § | |
| VS. | § | COURT OF APPEALS NO. |
| | § |      09-13-00104-CR |
| THE STATE OF TEXAS, | § | TRIAL DOCKET NO. CR29411 |
|         Appellee | § | |

### ORDER

On this day came on to be heard Appellant's **Motion for Extension of Time to File Petition for Discretionary Review.**

It is the opinion of this Court that the **Motion to Extend Time to File Petition for Discretionary Review** should be and is hereby **GRANTED**, and it is therefore **ORDERED, ADJUDGED** and **DECREED** that the Appellant's Petition for Discretionary Review is due to be filed in this Court on _____ day of _____, 2015.

**SIGNED** on this the _____ day of _____, 2015.

 

                                  _____
                                    **JUDGE PRESIDING**